THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY HARDEE, Appellant.

Decided May 9, 2017

Reargument ordered for a future Court of Appeals session.

IVANA PERAICA, as Administratrix for the Estate of Ivo J. PERAICA, Deceased, et al., Respondents, v A.O. SMITH WATER PRODUCTS CO. et al., Defendants, and CRANE CO., Appellant.

Submitted March 6, 2017; decided May 9, 2017

Motion for reargument of motion for leave to appeal denied [see 28 NY3d 1167 (2017)].

In the Matter of DONNA SPENCER, Respondent, v DENISE KILLORAN, Appellant. (Proceeding No. 1.)

In the Matter of LORETTA HALSTEAD, Respondent, v DENISE KILLORAN, Appellant. (Proceeding No. 2.)

Submitted March 20, 2017; decided May 9, 2017

Reported below, 147 AD3d 862.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.